# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0528. GAINOR TRON WICKER v. THE STATE.

In 2019, Gainor Tron Wicker was convicted of aggravated assault and possession of a firearm during the commission of a felony. Wicker filed a motion for new trial, which the trial court denied on August 25, 2022. He then filed his notice of appeal to this Court on October 3, 2022. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Wicker filed his notice of appeal 39 days after entry of the trial court's order denying his motion for new trial.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/01/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , Clerk.